Michael A. Dias, SBN 183705
Sarah M. Hacker, SBN 239338
DIAS LAW FIRM, INC.
502 West Grangeville Boulevard
Hanford, California 93230
Telephone:  (559) 585-7330
Facsimile:  (559) 585-7335

Attorneys for Plaintiff:
GSF NUT COMPANY, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GSF NUT COMPANY, LLC, a California limited liability company,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>HONG KONG BIN GUO INTERNATIONAL TRADING LIMITED, a Chinese corporation; HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN YOU XIAN GONG SI,  a Chinese corporation, and DOES 1-50, (inclusively)<br><br>　　　　Defendants. | Case No.  1:16-CV-00501-LJO-MJS<br><br>**SECOND EX-PARTE REQUEST TO CONTINUE SCHEDULING CONFERENCE AND SCHEDULING ORDER**<br><br>Jury Trial Demanded |

To THE UNITED STATES DISTRICT COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:

　　　Plaintiff GSF NUT COMPANY, LLC ("GSF") requests that the Court finds good cause to continue scheduling conference and extend the deadline to issue a scheduling order pursuant to Rule 16(b) of the Federal Rules of Civil Procedure.  One defendant, HONG KONG BIN GUO INTERNATIONAL TRADING LIMITED ("Hong Kong") has been served.  To GSF's knowledge and belief, Hong Kong has not retained counsel. Since the date of service, Hong Kong had been in direct contact with GSF to informally to resolve the matter between GSF and Hong Kong without the costly expense of counsel.

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Sarah M. Hacker
Ella R. Floresca
Jimmy J. Rodriguez
Of Counsel
Alicia D. Wrest
Of Counsel

To date, GSF has not resolved its disputes with Hong Kong, and GSF will pursue the lawsuit further with the all defendants. GSF needs additional time for service on HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN YOU XIAN GONG SI ("Hebei"). GSF will needs until February 2017 to serve Hebei and allow for Hebei to answer. Neither Hong Kong nor Hebei has appeared in this matter.

In order to continue serve attempts of Hebei, GSF requests this Court to find good cause and continue the deadline to file a Scheduling Order for February 9, 2017.

Dated: November 7, 2016          Respectfully Submitted,

DIAS LAW FIRM, INC.

　　　　　　　　　　　　　　　　　　　/s/ Michael A. Dias
　　　　　　　　　　　　　　　　　　MICHAEL A. DIAS, Esq.
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff GSF NUT
　　　　　　　　　　　　　　　　　　COMPANY, LLC

**O R D E R**

For Good cause appearing, this Court grants Plaintiff GSF NUT COMPANY, LLC's request in case number 1:16-cv-00501-LJO-MJS to continue the scheduling conference and extend the deadline for the Scheduling Conference until February 9, 2017 at 9:30 AM before Magistrate Michael J. Seng

IT IS SO ORDERED.

Dated:   November 9, 2016          /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Sarah M. Hacker
Ella R. Floresca
Jimmy J. Rodriguez
Of Counsel
Alicia D. Wrest
Of Counsel

Second Ex-Parte Request to Continue Scheduling Conference and Scheduling Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Dias Law Firm, Inc.**
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Sarah M. Hacker
Ella R. Floresca
Jimmy J. Rodriguez
Of Counsel
Alicia D. Wrest
Of Counsel

Second Ex-Parte Request to Continue Scheduling Conference and Scheduling Order

3