UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GSF NUT COMPANY, LLC, a California limited liability company,<br><br>Plaintiff(s),<br><br>v.<br><br>HONG KONG BIN GUO INTERNATIONAL TRADING LIMITED, a Chinese corporation; HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN YOU XIAN GONG SI, a Chinese corporation, and DOES 1-50, (inclusively)<br><br>Defendants. | Case No. 1:16-CV-00501-LJO-MJS<br><br>**ORDER ON REQUEST TO CONTINUE SCHEDULING CONFERENCE AND FILING OF SCHEDULING REPORT** |

**O R D E R**

For Good cause appearing, this Court grants Plaintiff GSF NUT COMPANY, LLC's request to continue the initial scheduling conference in case number 1:16-CV-00501-LJO-MJS until April 27, 2017 at 10:00 a.m., and extends the deadline for filing of a Joint Scheduling Report until April 20, 2017.

IT IS SO ORDERED.

Dated: January 24, 2017                    /s/ *Michael J. Seng*
                                                           UNITED STATES MAGISTRATE JUDGE

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Sarah M. Hacker
Ella R. Floresca
Steven E. Alfieris
Jimmy J. Rodriguez
Of Counsel
Alicia D. Wrest
Of Counsel