Michael A. Dias, SBN 183705
Sarah M. Hacker, SBN 239338
DIAS LAW FIRM, INC.
502 West Grangeville Boulevard
Hanford, California 93230
Telephone: (559) 585-7330
Facsimile: (559) 585-7335

Attorneys for Plaintiff:
GSF NUT COMPANY, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GSF NUT COMPANY, LLC, a California limited liability company,<br><br>Plaintiff(s),<br><br>v.<br><br>HONG KONG BIN GUO INTERNATIONAL TRADING LIMITED, a Chinese corporation; HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN YOU XIAN GONG SI, a Chinese corporation, and DOES 1-50, (inclusively)<br><br>Defendants. | Case No. 1:16-CV-00501-LJO-MJS<br><br>**FOURTH EX-PARTE REQUEST TO CONTINUE SCHEDULING CONFERENCE AND SCHEDULING ORDER**<br><br>Jury Trial Demanded |

To THE UNITED STATES DISTRICT COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:

Plaintiff GSF NUT COMPANY, LLC ("GSF") requests that the Court finds good cause to continue scheduling conference and extend the deadline to issue a scheduling order pursuant to Rule 16(b) of the Federal Rules of Civil Procedure.

One defendant, HONG KONG BIN GUO INTERNATIONAL TRADING LIMITED ("Hong Kong") has been served. GSF has filed a Request for Entry of Judgment for Sum Certain against Hong Kong, which was subsequently rejected. GSF is currently correcting the documents and anticipates requesting a hearing on the Request for

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Sarah M. Hacker
Ella R. Floresca
Steven E. Alfieris
Jimmy J. Rodriguez
Of Counsel
Alicia D. Wrest
Of Counsel

Judgment.

GSF needs additional time for service on HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN YOU XIAN GONG SI ("Hebei").

On January 17, 2017, the appropriate documents were translated into Chinese and mailed to the Ministry of Justice International Legal Cooperation Center in Beijing for Approval of Service.

On March 16, 2017, we received an email from the Ministry of Justice of China and were informed that the documents were received and being processed. GSF has been informed that the service could take as long as five (5) months. GSF needs an additional three (3) months to serve Hebei and to allow Hebei to answer.

Neither Hong Kong nor Hebei have appeared in this matter.

In order to effectuate service on Hebei, GSF requests this Court to find good cause and continue the deadline to file a Scheduling Order to August 3, 2017.

Dated: April 18, 2017

Respectfully Submitted,

DIAS LAW FIRM, INC.

/s/ Michael A. Dias
MICHAEL A. DIAS, Esq.
Attorney for Plaintiff GSF NUT COMPANY, LLC

**O R D E R**

For Good cause appearing, this Court grants Plaintiff GSF NUT COMPANY, LLC's request to continue the scheduling conference to August 3, 2017. A Joint Scheduling Report will be due one (1) full week prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated: April 18, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Sarah M. Hacker
Ella R. Floresca
Steven E. Alfieris
Jimmy J. Rodriguez
Of Counsel
Alicia D. Wrest
Of Counsel