Michael A. Dias, SBN 183705
Sarah M. Hacker, SBN 239338
DIAS LAW FIRM, INC.
502 West Grangeville Boulevard
Hanford, California 93230
Telephone:  (559) 585-7330
Facsimile:  (559) 585-7335

Attorneys for Plaintiff,
GSF NUT COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GSF NUT COMPANY, LLC, a California limited liability company,<br><br>Plaintiff(s),<br><br>v.<br><br>HONG KONG BIN GUO INTERNATIONAL TRADING LIMITED, a Chinese corporation; HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN YOU XIAN GONG SI, a Chinese corporation, and DOES 1-50, (inclusively)<br><br>Defendants. | Case No.  1:16-CV-00501-LJO-MJS<br><br>**FIFTH EX-PARTE REQUEST TO CONTINUE SCHEDULING CONFERENCE AND SCHEDULING ORDER**<br><br><br><br>Jury Trial Demanded |

TO THE UNITED STATES DISTRICT COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:

Plaintiff GSF NUT COMPANY, LLC ("GSF") requests that the Court finds good cause to continue scheduling conference and extend the deadline to issue a scheduling order pursuant to Rule 16(b) of the Federal Rules of Civil Procedure.

On May 17, 2017, Plaintiff's Counsel Michael A. Dias of Dias Law Firm, Inc. ("DLF"), submitted a Substitution of Attorney, subbing out of this case.

On June 16, 2017, GSF confirmed DLF's representation and DLF subsequently withdrew the Substitution of Attorney request.

Defendant, HONG KONG BIN GUO INTERNATIONAL TRADING LIMITED

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Sarah M. Hacker
Ella R. Floresca
Steven E. Alfieris
Jimmy J. Rodriguez
Of Counsel
Alicia D. Wrest
Of Counsel

("Hong Kong") has been served.  GSF filed a Request for Entry of Judgment for Sum Certain against Hong Kong, which was subsequently rejected.  GSF is currently finalizing a new Request for Judgment for hearing in this court.

On July 24, 2017, GSF was verbally informed, and based on that information believes, that personal service on Defendant HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN YOU ZIAN GONG SI ("Hebei") was been completed on July 19, 2017.  GSF is waiting for receipt of the Proof of Service from the Ministry of Justice in China to confirm the same.

If, in fact, Hebei was served on July 19, 2017, their response to the Complaint would be due on or before August 9, 2017.  Should Hebei fail to file a response to the Complaint, GSF will be ready to file a request for default against Hebei on August 10, 2017, and provide a request for judgment as to both Defendants at that time.

In order to confirm service on Hebei and complete the Request for Judgment, GSF requests this Court to find good cause and continue the deadline to file a Scheduling Order from August 3, 2017 to November 2, 2017.

Dated: July 28, 2017                              Respectfully Submitted,

DIAS LAW FIRM, INC.


  /s/ Michael A. Dias
MICHAEL A. DIAS, Esq.
Attorney for Plaintiff GSF NUT COMPANY, LLC


**O R D E R**

For Good cause appearing, this Court grants Plaintiff GSF NUT COMPANY, LLC's request to continue the scheduling conference from August 3, 2017, to November 2, 2017 at 10:00 a.m. **No further continuances will be granted absent new and presently unforeseeable good cause.**  Parties may appear in person or by phone. Telephonic conferences are joined by calling: (888)204-5984 and entering code

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Sarah M. Hacker
Ella R. Floresca
Steven E. Alfieris
Jimmy J. Rodriguez
Of Counsel
Alicia D. Wrest
Of Counsel

4446176. Please email the Courtroom deputy to indicate if you will be appearing by telephone @ mjsorders@caed.uscourts.gov. *A Joint Scheduling Report shall be electronically filed in CM/ECF one (1) full week prior to the Scheduling Conference and be e-mailed, in Word format, to [mjsorders@caed.uscourts.gov](mailto:mjsorders@caed.uscourts.gov).*

IT IS SO ORDERED.

Dated: July 27, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Sarah M. Hacker
Ella R. Floresca
Steven E. Alfieris
Jimmy J. Rodriguez
Of Counsel
Alicia D. Wrest
Of Counsel