```
 1  MICHAEL C. WEED (SBN 199675)
    mweed@orrick.com
 2  ERIC R. OLAH (SBN 295513)
    olah@orrick.com
 3  ORRICK, HERRINGTON & SUTCLIFFE LLP
    400 Capitol Mall, Suite 3000
 4  Sacramento, CA  95814-4497
    Telephone:    +1 916 447 9200
 5  Facsimile:    +1 916 329 4900

 6  Attorneys for Defendant
    HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN
 7  YOU XIAN GONG SI
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GSF NUT COMPANY, LLC, a California limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HONG KONG BIN GUO INTERNATIONAL TRADING LIMITED, a Chinese corporation, HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN YOU XIAN GONG SI, a Chinese corporation, and DOES 1 to 50, (inclusively),<br><br>　　　　　　Defendants. | Case No. 1:16-cv-00501-LJO-MJS<br><br>**STIPULATION AND ORDER GRANTING DEFENDANT HEBEI AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |

## **STIPULATION**

WHEREAS, Defendant Hebei Yang Yuan Zhi Hui Yin Pin Gu Fen You Xian Gong Si ("Hebei") was served with Plaintiff GSF Nut Company, LLC's ("GSF") Complaint (ECF No. 1) and the Court Summons (ECF No. 3) on July 19, 2017;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1), Hebei must file a responsive pleading to GSF's Complaint no later than August 9, 2017;

WHEREAS, Federal Rule of Civil Procedure 6(b) authorizes the Court to extend time for good cause if the extension is requested before the original deadline;

///

OHSUSA:767203463.1

STIPULATION AND ORDER GRANTING AN
EXTENSION OF TIME
(CASE NO. 1:16-CV-00501-LJO-MJS)

1  WHEREAS, Hebei, a Chinese corporation, needs additional time to investigate the
2  allegations in the Complaint and draft a responsive pleading to GSF's Complaint;

3  WHEREAS, Hebei and GSF shall file this Stipulation and [Proposed] Order with the
4  Court before August 10, 2017;

5  WHEREAS, Hebei does not waive any defenses under Federal Rule of Civil Procedure
6  12(b) by entering into and filing this Stipulation and [Proposed] Order, including but not limited
7  to defenses asserting that the Court lacks personal jurisdiction over Hebei or that Hebei failed to
8  receive sufficient service of process;

9  IT IS HEREBY STIPULATED by and between GSF and Hebei that Hebei shall be
10 granted a thirty-day extension of time to file a responsive pleading to GSF's Complaint, such that
11 any responsive pleading to the Complaint is due no later than September 8, 2017.

12 Dated: August 2, 2017         MICHAEL C. WEED
                                 ERIC R. OLAH
13                               Orrick, Herrington & Sutcliffe LLP

15                               By:      /s/ Eric R. Olah
16                                        ERIC R. OLAH
                                          Attorneys for Defendant
17                                        HEBEI YANG YUAN ZHI HUI YIN PIN
                                          GU FEN YOU XIAN GONG SI

19 Dated: August 2, 2017         MICHAEL A. DIAS
                                 SARAH M. HACKER
20                               Dias Law Firm, Inc.

22                               By:      /s/ Sarah M. Hacker
23                                        (as authorized on August 2, 2017)
                                          SARAH M. HACKER
24                                        Attorneys for Plaintiff
                                          GSF NUT COMPANY, LLC

26 ///
27 ///
28 ///

OHSUSA:767203463.1      - 2 -      STIPULATION AND [PROPOSED] ORDER
                                    GRANTING AN EXTENSION OF TIME
                                    (CASE NO. 1:16-CV-00501-LJO-MJS)

**ORDER**

Pursuant to the foregoing stipulation between Plaintiff GSF Nut Company, LLC("GSF") and Defendant Hebei Yang Yuan Zhi Hui Yin Pin Gu Fen You Xian Gong Si ("Hebei"), and upon a finding of good cause, Hebei is HEREBY GRANTED a thirty-day extension of time to and through September 8, 2017, to file a responsive pleading to GSF's Complaint in Case No. 1:16-cv-00501-LJO-MJS.

IT IS SO ORDERED.

Dated: August 3, 2017                /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE