| | |
|---|---|
| 1 | MICHAEL C. WEED (SBN 199675) |
| | mweed@orrick.com |
| 2 | ERIC R. OLAH (SBN 295513) |
| | olah@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 Capitol Mall, Suite 3000 |
| 4 | Sacramento, CA 95814-4497 |
| | Telephone: +1 916 447 9200 |
| 5 | Facsimile: +1 916 329 4900 |

Attorneys for Defendant
HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN
YOU XIAN GONG SI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GSF NUT COMPANY, LLC, a California limited liability company, | Case No. 1:16-cv-00501-LJO-MJS |
| Plaintiff, | **STIPULATION AND ORDER GRANTING AN EXTENSION OF TIME TO FILE A FIRST AMENDED COMPLAINT AND A RESPONSIVE PLEADING THERETO** |
| v. | |
| HONG KONG BIN GUO INTERNATIONAL TRADING LIMITED, a Chinese corporation, HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN YOU XIAN GONG SI, a Chinese corporation, and DOES 1 to 50, (inclusively), | |
| Defendants. | |

## **STIPULATION**

WHEREAS, Defendant Hebei Yang Yuan Zhi Hui Yin Pin Gu Fen You Xian Gong Si ("Hebei") was served with Plaintiff GSF Nut Company, LLC's ("GSF") Complaint (ECF No. 1) and the Court Summons (ECF No. 3) on July 19, 2017;

WHEREAS, the Court, pursuant to the parties' stipulation (ECF No. 33), previously granted Hebei an extension of time to file a responsive pleading to GSF's Complaint (ECF No. 34);

WHEREAS, the Court's order required that Hebei file a responsive pleading to GSF's Complaint no later than September 8, 2017 (ECF No. 34);

1    WHEREAS, after counsel for Hebei and counsel for GSF conferred about the substance of
2    a Motion to Dismiss that Hebei intended to file on September 8, 2017, all counsel agreed to
3    execute and file this stipulation and proposed order to allow GSF time to file an amended
4    complaint and thereby potentially avoid the need for a motion to dismiss;

5    WHEREAS, Federal Rule of Civil Procedure 6(b) authorizes the Court to extend time for
6    good cause if the extension is requested before the original deadline;

7    WHEREAS, Hebei and GSF shall file this Stipulation and [Proposed] Order with the
8    Court no later than September 8, 2017;

9    WHEREAS, Hebei does not waive any defenses under Federal Rule of Civil Procedure
10   12(b) by entering into and filing this Stipulation and [Proposed] Order, including but not limited
11   to defenses asserting that the Court lacks personal jurisdiction over Hebei or that Hebei failed to
12   receive sufficient service of process;

13   ///
14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between GSF and Hebei that: |
| 2 | 1. GSF shall file a First Amended Complaint on or before September 29, 2017; and |
| 3 | 2. Hebei shall file a responsive pleading to GSF's First Amended Complaint on or |
| 4 | before October 27, 2017. |

Dated: September 8, 2017

MICHAEL C. WEED
ERIC R. OLAH
Orrick, Herrington & Sutcliffe LLP

By: /s/ Eric R. Olah
ERIC R. OLAH
Attorneys for Defendant
HEBEI YANG YUAN ZHI HUI YIN PIN
GU FEN YOU XIAN GONG SI

Dated: September 8, 2017

MICHAEL A. DIAS
SARAH M. HACKER
Dias Law Firm, Inc.

By: /s/ Sarah M. Hacker
(as authorized on September 8, 2017)
SARAH M. HACKER
Attorneys for Plaintiff
GSF NUT COMPANY, LLC

## **ORDER**

Pursuant to the foregoing stipulation between Plaintiff GSF Nut Company, LLC ("GSF") and Defendant Hebei Yang Yuan Zhi Hui Yin Pin Gu Fen You Xian Gong Si ("Hebei"), and upon a finding of good cause, that it is ordered GSF shall file its First Amended Complaint on or before September 29, 2017 and Hebei shall file a responsive pleading to GSF's First Amended Complaint on or before October 27, 2017.

IT IS SO ORDERED.

Dated: September 10, 2017      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE