UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GSF NUT COMPANY, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>HONG KONG BIN GUO INTERNATIONAL TRADING LIMITED, a Chinese corporation, HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN YOU XIAN GONG SI, a Chinese corporation, and DOES 1 to 50, (inclusively),<br><br>    Defendants. | Case No. 1:16-cv-00501-LJO-MJS<br><br>**ORDER DENYING SECOND STIPULATION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT AND RESPONSIVE PLEADING THERETO** |

    Plaintiff GSF Nut Company, LLC's ("GSF") and Defendant Hebei Yang Yuan Zhi Hui Yin Pin Gu Fen You Xian Gong Si ("Hebei") have asked the Court to approve their Stipulation to extend until December 1, 2017 the time for GSF to file an amended complaint and to December 29, 2017 the time for Hebei to file a responsive pleading to the amended complaint.( ECF No. 38.)

    The said Stipulation is rejected.

    GSF shall have 10 days from the date of this Order to file the amended compliant

the parties have agreed may be filed, and Hebei shall have until November 27, 2017 to file its response to the amended complaint.

This case has been pending since April 8, 2016. Hebei was served with GSF's Complaint (ECF No. 1) and the Court Summons (ECF No. 3) on July 19, 2017. There have been **multiple** extensions of time in this case, several before Hebei was served and some after. While the Court appreciates the unique circumstances which apparently prompted early requests for extensions and certainly encourages the parties' efforts to resolve the case without further litigation, the case has been pending too long without substantive development. It is time to move it along. Getting the pleadings at issue should not substantively interfere with efforts to settle the case.

Accordingly, IT IS HEREBY ORDERED:

1. GFS's amended complaint must be filed and served within ten days of the date of this Order; and,
2. Hebei shall have until November 27, 2017, to file a responsive pleading to GSF's amended complaint.

IT IS SO ORDERED.

Dated:   October 17, 2017          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE