Michael A. Dias, SBN 183705
Sarah M. Hacker, SBN 239338
DIAS LAW FIRM, INC.
502 West Grangeville Boulevard
Hanford, California 93230
Telephone:    (559) 585-7330
Facsimile:    (559) 585-7335

Attorneys for Plaintiffs:
        GSF NUT COMPANY, LLC. and GOLDEN STATE FOOD, LLC


MICHAEL C. WEED (SBN 199675)
mweed@orrick.com
ERIC R. OLAH (SBN 295513)
olah@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:    (916) 447 9200
Facsimile:    (916) 329 4900

Attorneys for Defendant
        HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN YOU XIAN GONG SI

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GSF NUT COMPANY, LLC., a California limited liability company; and GOLDEN STATE FOOD, LLC, a California limited liability company, | ) Case No. 1:16-cv-00501-LJO-MJS<br>)<br>)<br>) **JOINT NOTICE OF DISMISSAL**<br>) |
| Plaintiffs, | ) |
| v. | ) |
| HONG KONG BIN GUO INTERNATIONAL TRADING LIMITED, a Hong Kong corporation, HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN YOU XIAN GONG SI, a Chinese corporation, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

///

///

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Sarah M. Hacker
Ella R. Floresca
Steven E. Alfieris
Jimmy J. Rodriguez
Of Counsel
Alicia D. Wrest
Of Counsel

Joint Notice of Dismissal
*GSF Nut Company, LLC. v. HONG KONG BIN GUO INTERNATIONAL TRADING LIMITED, et al.*
USDC EDCA Case No. 1:16-cv-00501-LJO-MJS

1

Plaintiffs, GSF NUT COMPANY, LLC., and GOLDEN STATE FOOD, LLC, and Defendant, HEBEI YANG YUAN ZHI HUI YIN PIN GU FEN YOU XIAN GONG SI, (hereinafter the "Parties"), by and through their respective counsels of record, hereby request that the Court dismiss the above-entitled action, with prejudice. Default was entered against Defendant, HONG KONG BIN GUO INTERNATIONAL TRADING LIMITED, on January 24, 2017.

Respectfully Submitted,

Dated: April 12, 2018        DIAS LAW FIRM, INC.

            ___/s/ Michael Dias_____
            Michael A. Dias, Esq.
            Sarah M. Hacker, Esq.
            Attorneys for Plaintiffs
            GSF NUT COMPANY, LLC and
            GOLDEN STATE FOOD, LLC

Dated: April 12, 2018        ORRICK, HERRINGTON & SUTCLIFFE LLP

            ___/s/ Michael Weed_____
            Michael C. Weed, Esq.
            Eric R. Olah, Esq.
            Attorneys for Defendant
            HEBEI YANG YUAN ZHI HUI YIN PIN
            GU FEN YOU XIAN GONG SI

**ORDER**

Pursuant to the foregoing, this Court dismisses the entire case with prejudice.

IT IS SO ORDERED.

Dated: __April 12, 2018__        /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE

Dias Law Firm, Inc.
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Sarah M. Hacker
Ella R. Floresca
Steven E. Alfieris
Jimmy J. Rodriguez
Of Counsel
Alicia D. Wrest
Of Counsel

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Notice of Dismissal

*GSF Nut Company, LLC. v. HONG KONG BIN GUO INTERNATIONAL TRADING LIMITED, et al.*
USDC EDCA Case No. 1:16-cv-00501-LJO-MJS

3

**Dias Law Firm, Inc.**
Michael A. Dias
Jonette M. Montgomery
John C. Umscheid
Sarah M. Hacker
Ella R. Floresca
Steven E. Alfieris
Jimmy J. Rodriguez
Of Counsel
Alicia D. Wrest
Of Counsel